UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN NEUPERT** | **CIVIL ACTION** |
| **VERSUS** | |
| **GREATER GEORGIA LIFE INSURANCE COMPANY, ET AL.** | **NO. 20-00849-BAJ-EWD** |

### JUDGMENT

Considering the parties' **Joint Motion To Dismiss With Prejudice (Doc. 26)**, which the Court construes as a stipulation of dismissal signed by counsel for all parties dismissing the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action is **DISMISSED WITH PREJUDICE,** with each party to bear its own costs, expenses, and attorney's fees.

Baton Rouge, Louisiana, this 3rd day of February, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**